NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CHICCO USA, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 977

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-740, Judge Lawrence F. Stengel.

---

## ORDER

Sunshine Kids Juvenile Products, LLC moves for an extension of time, until April 11, 2011, to file its response to the mandamus petition.

Sunshine timely filed its response on March 31. Thus, the motion for an extension of time is moot.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is moot.

FOR THE COURT

**APR 2 2 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Anthony S. Volpe, Esq.
    Jonathan Saul Franklin, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**APR 2 2 2011**

**JAN HORBALY**
**CLERK**